850

JANUARY 12, 1948.

*Per Curiam Decision.*

No. 449. MARDEN & MURPHY, INC. *v.* CITY OF LOW-
ELL. 
 *Per Curiam:* The
motion to dismiss is granted and the appeal is dismissed
for want of a substantial federal question. The petition
for writ of certiorari is denied. *Burton E. Eames* for ap-
pellant-petitioner. *P. Harold Ready* and *Raymond D.
O'Brien* for appellee-respondent. 

*Certiorari Granted.*

No. 451. COMSTOCK *v.* GROUP OF INSTITUTIONAL IN-
VESTORS ET AL.;

No. 452. NEW ORLEANS, TEXAS & MEXICO RAILWAY
Co. *v.* GROUP OF INSTITUTIONAL INVESTORS ET AL.;

No. 453. THOMPSON, TRUSTEE, *v.* GROUP OF INSTITU-
TIONAL INVESTORS ET AL.; and

No. 454. COMSTOCK *v.* THOMPSON, TRUSTEE, ET AL.
 Certiorari granted. *William H. Biggs* for
petitioners. *Charles W. McConaughy, Clair B. Hughes,
Leonard P. Moore, Sanford H. E. Freund* and *Harry
Kirshbaum* for respondents. 

No. 464. FEDERAL TRADE COMMISSION *v.* MORTON
SALT Co. Certiorari granted. *Solicitor*

*General Perlman* and *W. T. Kelley* for petitioner. *L. M. McBride* for respondent.

*Certiorari Denied. (See also No. 449, supra.)*

No. 457. POLK *v.* UNITED STATES. Certiorari denied. *Albert Williams* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 466. PARFAIT POWDER PUFF CO., INC. *v.* UNITED STATES. Certiorari denied. *Joseph Rosenbaum* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Vincent A. Kleinfeld* for the United States.

No. 467. JUNGERSEN *v.* OSTBY & BARTON CO. ET AL. Certiorari denied. *Drury W. Cooper* for petitioner.

No. 471. GENERAL FINANCE LOAN CO. ET AL. *v.* GENERAL LOAN CO. Certiorari denied. *Mark D. Eagleton* and *Donald Gunn* for petitioners.

No. 484. JOHNSON ET AL. *v.* SELLERS ET AL. Certiorari denied. *J. O. Watson, Jr.* and *William B. Sloan* for petitioners. *Hayden C. Covington* for respondents.

No. 458. FIELDS *v.* UNITED STATES. Certiorari denied. MR. JUSTICE BURTON took no part in the